LESLIE N. HARVEY (State Bar No. 241203)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091
Email:         lharvey@cov.com

Attorneys for Plaintiff
THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AAA METRO AUTO GLASS and MANSOOR KARIM <br><br> Defendants. | Case No. 2:10-cv-02371-JAM-KJN <br><br> **CONSENT ORDER OF JUDGMENT** |

WHEREAS, The American Automobile Association, Inc. ("AAA") has brought an action in this Court against AAA Metro Auto Glass and Mansoor Karimi (the "Defendants") in which it has alleged that Defendants have knowingly and willfully violated AAA's rights in its famous and distinctive AAA trademarks ("AAA Marks"), in violation of the Federal Trademark Act ("Lanham Act"), 15 U.S.C. §§ 1114, 1125, and California state and common law, by making unauthorized use of the AAA Marks in the AAA Metro Auto Glass business name and by registering and using the AAAMETROAUTOGLASS.COM domain name.

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, the Court has jurisdiction over this civil action by virtue of 28
2 U.S.C. §§ 1331, 1338, and 1367;
3    WHEREAS, Defendant Mansoor Karimi acknowledges that he is the registrant
4 of the domain name AAAMETROAUTOGLASS.COM and that the listing of the domain's
5 registrant as "Mansoor Karim" in the WHOIS registry was in error;
6    WHEREAS, AAA and Defendants have entered into a Settlement Agreement to
7 resolve any and all controversies and disputes between them existing as of this date;
8    WHEREAS, pursuant to that Settlement Agreement, AAA has agreed to dismiss
9 its claims for damages, attorneys' fees, and costs;
10    WHEREAS, pursuant to that Settlement Agreement, Defendants have agreed and
11 consented to entry by the Court of a permanent injunction restraining them from violating
12 AAA's trademark rights; and
13    WHEREAS, Defendants waive all defenses or counterclaims which they might
14 otherwise raise at a trial on the merits of AAA's demand for a temporary restraining order,
15 preliminary injunction, permanent injunction, and/or damages.
16    NOW THEREFORE, Defendants consent and agree that this Court enter a
17 judgment permanently enjoining them from unauthorized use of AAA's trademarks, or of marks
18 confusingly similar to any of them.
19    The Court does hereby, upon the consent of the parties, declare that a permanent
20 injunction issue herein as follows:
21    IT IS ORDERED, ADJUDGED, AND DECREED:
22    1.    That Defendants, their agents, attorneys, representatives, employees, and
23 all persons in active concert or participation with them who receive notice hereof, are hereby
24 permanently enjoined from any unauthorized use of AAA's trademarks, or of marks confusingly
25 similar to any of them;
26    2.    That Defendants shall transfer to AAA the registration for the domain
27 name AAAMETROAUTOGLASS.COM;
28

CONSENT ORDER OF JUDGMENT
2:10-cv-02371-JAM-KJN                2

PDF created with pdfFactory trial version www.pdffactory.com

3. That each and every claim for damages, penalties, costs, and attorneys' fees by AAA against Defendants, other than the permanent injunction granted herein, is hereby dismissed with prejudice, except for such damages, penalties, costs, and/or attorneys' fees which might result from any violation of this Order; and

4. That this case shall be closed, except that this Court shall retain jurisdiction for the purpose of enforcing the confidential Settlement Agreement and this Consent Order of Judgment.

ENTERED this 21st day of December, 2010.

/s/ John A. Mendez
United States District Court
Eastern District of California

BY CONSENT OF PLAINTIFF:

*/s/ Leslie N. Harvey*
Leslie N. Harvey (State Bar No. 241203)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091
Email:          lharvey@cov.com

*Attorney for Plaintiff*
*The American Automobile Association, Inc.*

BY CONSENT OF DEFENDANTS:

*/s/ John Karimi*
AAA Metro Auto Glass
  by John Karimi, Manager
*Defendant, pro se.*

*/s/ Mansoor Karimi*
Mansoor Karimi
  on Behalf of Himself as an Individual
*Defendant, pro se.*

CONSENT ORDER OF JUDGMENT
2:10-cv-02371-JAM-KJN

3

PDF created with pdfFactory trial version www.pdffactory.com